UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL L. HERZOG,

    Plaintiff,

v.                                           Case No:  2:15-cv-178-FtM-38DNF

ACE AMERICAN INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**[1]

On July 2, 2015, the Court administratively closed the above-captioned case for sixty (60) days to allow the parties to submit final documents.  (Doc. #12).  That time period has now expired, and no stipulated form of final judgment has been submitted.

Accordingly, it is

**ORDERED:**

The Clerk of Court shall enter judgment dismissing the case with prejudice and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of September, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.